SLIP OP. 07-84

## UNITED STATES COURT OF INTERNATIONAL TRADE

Before the Honorable Gregory W. Carman, Judge

| | |
|---|---|
| FORMER EMPLOYEES OF MERRILL, CORPORATION, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES SECRETARY OF LABOR, )<br>)<br>Defendant. )<br>) | Court No. 03-00662 |

### JUDGMENT ORDER

Upon consideration of the Notice of Revised Determination on Remand, Merrill Corporation, St. Paul, Minnesota, TA-W-52, 050, signed April 23, 2007 by the Certifying Officer, Division of Trade Adjustment Assistance, Employment and Training Administration, United States Department of Labor and publication of the same in the Federal Register on May 3, 2007 (72 Fed. Reg. 24615), and upon consideration of all other papers and proceedings in the above-captioned matter, it is hereby

**ORDERED** that the Notice of Revised Determination on Remand is AFFIRMED, which certifies that:

> All workers of Merrill Corporation, St. Paul, Minnesota, who became totally or partially separated from employment on or after June 10, 2002, through two years from the issuance of this revised determination, are eligible to apply for Trade Adjustment Assistance under Section 223 of the Trade Act of 1974; and it is further

**ORDERED** that this case is dismissed.

Each party shall bear its own fees and costs.

/S/      Gregory W. Carman
_____
                    Judge

Dated: May 24, 2007
       New York, NY

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: May 24, 2007

By: /S/ Geoffrey Goell
Deputy Clerk